IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKY JOSE ARROYO ARROYO,<br><br>        Petitioner,<br><br>        vs.<br><br>TONYA ANDREWS,<br>WARDEN, *et al.*,<br><br>        Respondents. | Civil No. 1:26-cv-04890-MWJS<br>ORDER DISMISSING PETITION FOR<br>WRIT OF HABEAS CORPUS AS MOOT<br><br>A# 245-498-863 |

**<u>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT</u>**

On June 25, 2026, Petitioner filed a petition for a writ of habeas corpus brought

under 28 U.S.C. § 2241, challenging his ongoing immigration detention, Dkt. No. 1, and

a motion for a temporary restraining order Dkt. No. 4, initiating this habeas action:

*Arroyo Arroyo v. Andrews*, 1:26-cv-4890-MWJS.  Three days earlier, Petitioner had filed a

separate petition for a writ of habeas corpus under 28 U.S.C. § 2241, along with a

motion for a temporary restraining order, challenging his ongoing immigration

detention, which initiated a prior habeas action:  *Arroyo Arroyo v. Andrews*, et al., 1:26-

cv-04890-DC-CSK.

On June 26, 2026, the court granted Petitioner's initial habeas petition and

ordered him released from custody.  *Arroyo Arroyo v. Andrews*, 1:26-cv-04890-DC-CSK,

Dkt. No. 10.  As a result of that relief, the government filed a motion to dismiss the

instant petition as moot.  *See Arroyo Arroyo v. Andrews*, 1:26-cv-4890-MWJS, Dkt. No. 11.

Petitioner does not oppose the government's motion.  *See id.* at Dkt. No. 13.

Because the same relief is sought in both petitions, and Petitioner has already

been released from immigration detention, the court finds dismissal proper in this case.

*See Picrin–Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991); *Abdala v. I.N.S.*, 488 F.3d 1061,

1065 (9th Cir. 2007).

Accordingly, this action is dismissed because it is duplicative of *Arroyo Arroyo v.

Andrews*, et al., 1:26-cv-04890-DC-CSK.  Petitioner's motion for immediate release, Dkt.

No. 1, and motion for a temporary restraining order, Dkt. No. 4, are DISMISSED AS

MOOT.  The court's prior no-transfer order, Dkt. No. 7, is LIFTED as moot.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  July 10, 2026, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

---

Civil No. 1:26-cv-04890-MWJS; *Arroyo Arroyo v. Andrews*; ORDER DISMISSING
PETITION FOR WRIT OF HABEAS CORPUS AS MOOT